# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

PC Connection, Inc.

    v.                                            Civil No. 10-cv-348-LM

Dayton Crabtree, d/b/a
"Computer Connections"
and "pc-connections.com"

## O R D E R

Plaintiff PC Connection, Inc. has moved for a temporary restraining order and preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure. The facts alleged in the amended verified complaint (document no. 6) demonstrate that plaintiff is the owner of federally registered trademarks derived from its name, including PC CONNECTION and PCCONNECTION.COM, and is also the registered owner of the Internet domain name pcconnection.com. Plaintiff has used those marks in connection with the computer business it has operated over the past two decades. Defendant Dayton Crabtree created, registered, and began using the domain name "pc-connections.com" in April 2010, which links users to his website where he advertises his computer-related services business. Although counsel to plaintiff sent defendant a cease-and-desist letter on April 27,

2010, and again on June 30, 2010, defendant continues to use the domain name. For the reasons set forth in plaintiff's motion (document no. 7), I find that it has made the requisite preliminary showing of likelihood of success on the merits, in particular on its trademark and cyberpiracy claims, see 15 U.S.C. §§ 1114 & 1125, and will suffer irreparable harm from defendant's continued use of the domain name "pc-connections.com" to justify the injunctive relief sought. See Fed. R. Civ. P. 65(b).

Accordingly, a temporary restraining order ("TRO") is hereby issued, as follows:

>(a) defendant, together with his agents, servants employees and attorneys, and any person(s) acting in active concert or participation with him, is hereby enjoined from using or displaying in any way PC Connection's federally protected trademarks or any marks that are confusingly similar to PC Connection's federally protected trademarks;

>(b) defendant, together with his agents, servants employees and attorneys, and any person(s) acting in active concert or participation with him, is hereby enjoined from using the Internet domain name "pc-connections.com" or any other domain name that is confusingly similar to PC Connection's registered domain name, "pcconnection.com";

>(c) defendant is ordered to disable the link from "pc-connections.com" to his webpage immediately upon receiving notice of this TRO;

>(d) defendant shall appear and show cause at a hearing before this court on Thursday, September 2,

2010, at 9:30 a.m. as to why the relief granted in this TRO should not remain in effect until the final resolution of this matter; and

(e) plaintiff shall cause a true copy of this TRO, along with all papers filed in support thereof; the the Amended and Verified Complaint initiating this action; and the Summons issued herein, to be served upon defendant via overnight mail carrier, signature required, on or before August 24, 2010. Such service shall be deemed good and sufficient.

**SO ORDERED.**

_____
Landya B. McCafferty
United States Magistrate Judge

Date: August 20, 2010

cc: Steven E. Grill, Esq.