```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

PC Connection, Inc.

    v.                              Civil No. 10-cv-348-LM

Dayton Crabtree


### PROCEDURAL ORDER: PRELIMINARY INJUNCTION HEARING

A hearing on the motion for preliminary injunction has been scheduled for October 5, 2010, at 10:30 a.m.

On or before 3 p.m. on October 4, 2010, each party shall file a witness list and an exhibit list.

On or before 3 p.m. on October 4, 2010, the plaintiff shall file a proposed order in compliance with Rule 65 and Local Rule 65.1. The order shall specifically address the amount of the bond, if any, under Rule 65(c).

SO ORDERED.

                                                            _____
                                                            Landya B. McCafferty
                                                            United States Magistrate Judge

Dated: September 30, 2010

cc:  Steven E. Grill, Esq.
     Anne E. Trevethick, Esq.
     Dayton Crabtree, pro se