UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

PC Connection, Inc.

    v.                                                 Civil No. 10-cv-348-LM

Dayton Crabtree

**J U D G M E N T**

In accordance with orders dated August 20, 2010, September 1, 2010, September 16, 2010, September 30, 2010, October 4, 2010, and December 6, 2010, judgment is hereby entered.

                                                                      By the Court,

                                                                      /s/ James R. Starr
                                                                      James R. Starr, Clerk

December 8, 2010

cc:    Steven E. Grill, Esq.
        Anne E. Trevethick, Esq.
        Dayton Crabtree, pro se