**FILED**
**DEC 27 2010**
US DISTRICT COURT
MARTINSBURG, WV 25401

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| PC Connection, Inc.<br><br>    Plaintiff,<br><br>v.<br><br>Dayton Crabtree doing business as "Computer Connections" and as "pc-connections.com"<br><br>    Defendant. | Civil Action No. 3:10-cv-00119-JPB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME** the undersigned counsel of record for the plaintiff, and Dayton Crabtree, *pro se* defendant, and, pursuant to Fed.R.Civ. P. 41(a)(1), stipulate and agree as follows:

1. The captioned matter has been resolved, compromised and settled pursuant to a Settlement Agreement dated December 22, 2010.

2. The captioned action shall be and is hereby dismissed, with prejudice, and without costs to any party.

Respectfully submitted,

**PC CONNECTION, INC.**

By its attorneys,

**DEVINE MILLIMET & BRANCH,
PROFESSIONAL ASSOCIATION**

Dated: December 22, 2010      By: /s/Steven E. Grill
                                                      Steven E. Grill (NH Bar No. 7896)
                                                      Anne E. Trevethick (NH Bar No. 18994)
                                                      111 Amherst Street
                                                      Manchester, NH 03101

(603)669-1000<br>
sgrill@devinemillimet.com

-and-

**DAYTON CRABTREE.**

Dated: December 22, 2010

By: /s/Dayton Crabtree
Dayton Crabtree
429 Cabin Drive
Hedgesville, WV 25427
(304)279-4179
crabtree.dayton@gmail.com.

2